ERIN J. RADEKIN
Attorney at Law – SBN 214964
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Petitioner
**HECTOR ANTONIO NARVAEZ RAMIREZ**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR ANTONIO NARVAEZ RAMIREZ**, <br><br> Petitioner, <br><br> v. <br><br> **WARDEN, California City Immigration Processing Center; et al.**, <br><br> Respondents. | 1:26-CV-02982-DC-EFB <br><br> **ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND TO ADD RESPONDENTS** |

Having considered Petitioner Hector Antonio Narvaez Ramirez's Motion for Leave to File Amended Petition for Writ of Habeas Corpus and to Add Respondents, the proposed amended petition, the record, and all matters properly before the Court, the Court finds good cause to grant the motion.

IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Leave to File Amended Petition for Writ of Habeas Corpus and to Add Respondents is GRANTED.

2. Petitioner is granted leave to file the proposed Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

3. Petitioner is granted leave to add the following official-capacity Respondents:

    FIELD OFFICE DIRECTOR, ICE Los Angeles Field Office;

    DIRECTOR, U.S. Immigration and Customs Enforcement;

1

SECRETARY, U.S. Department of Homeland Security; and

ATTORNEY GENERAL OF THE UNITED STATES.

4. The Clerk of Court is directed to file the Amended Petition for Writ of Habeas Corpus as of the date of this Order.

5. The Clerk of Court is directed to update the docket to reflect the Respondents identified in the Amended Petition.

6. Petitioner's concurrently filed memorandum of points and authorities and exhibits shall be accepted as support for the Amended Petition and, to the extent applicable, as Petitioner's reply/traverse or supplemental support for habeas and injunctive relief.

7. The Court's existing transfer-stay order remains in effect. Respondents shall not transfer Petitioner to another detention center outside this judicial district pending further order of the Court.

IT IS SO ORDERED.

DATED: __May 21, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

2